M

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  08mj866
                        )
           vs           )  ABSTRACT OF ORDER
                        )
OSVALDO ANZALDO         )  Booking No. 07905298
                        )
                        )
                        )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/21/08__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ 10,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

        _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

                                    **Leo S. Papas**
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

                                              OR
Received _____          W. SAMUEL HAMRICK, JR.  Clerk
          DUSM                      by
                                       _____
                                                Deputy Clerk

Crim-9  (Rev 6-95)                         ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**