# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff )<br>　　　　　　　　　　　　　　　)<br>vs. )<br>Osvaldo Anzaldo )<br>　　　Defendant(s) ) | CRIMINAL NO. 08cr999-L / 08mj866<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Adriana Berenice Cruz-Duran

DATED: 4/3/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
　　by J. Jaurbek
　　　　Deputy Clerk